UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jose Ulpiano Iler-Reyes,
    Petitioner

    v.                           Case No. 23-cv-553-SM-AJ
                                Opinion No. 2024 DNH 043

Warden, FCI Berlin,
    Respondent

**O R D E R**

Petitioner, Jose Ulpiano Iler-Reyes, brought this action seeking an order of the court directing the Bureau of Prisons to reinstate 765 days of First Step Act credits and immediately transfer him to a Residential Reentry Center. The government moves to dismiss the petition on grounds that it is moot. Specifically, the government has represented that Iler-Reyes was released from BOP custody earlier this month, on May 2, 2024.

Because petitioner has received all of the relief sought in his petition, there is no longer a justiciable case or controversy and his claims are moot. Accordingly, respondent's Motion to Dismiss for Mootness (**document no. 11**) is granted.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

May 28, 2024

cc: Jose Ulpiano Iler-Reyes, pro se
Anna Dronzek, AUSA